ROGERS JOSEPH O'DONNELL
DENNIS C. HUIE (State Bar No. 184377)
Email: dch@rjo.com
CHRISTINE S. LIYANTO (State Bar No. 263803)
Email: csl@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
DEV SAGAR AND SAGAR FAMILY CORPORATION

DAL BON & MARGAIN, APC
JAMES DAL BON (State Bar No. 157942)
TOMAS E. MARGAIN (State Bar No. 193555)
Email: jdblaw@earthlink.net
28 North First Street, Suite 210
San Jose, CA 95113
Telephone: 408.297.4729
Facsimile: 408.297.4728

Attorneys for Plaintiffs
JOSE CAMPOS AND CARLOS RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMPOS AND CARLOS RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEV SAGAR dba DENNY'S, SAGAR FAMILY CORPORATION, dba DENNY'S RESTAURANT, AND DOES 1 through 10,<br><br>　　　　Defendants. | Case No. C10-00515 – LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINE FOR ADR SESSION**<br><br>Hon. Lucy H. Koh<br>Courtroom: 4 |

Plaintiffs Jose Campos and Carlos Ramirez (hereinafter "Plaintiffs") and Defendants

DEV SAGAR (sued erroneously as Dev Sagar dba Denny's) and SAGAR FAMILY

Page

CORPORATION (hereinafter "Defendants"), stipulate as follows:

1. On May 19, 2010, the Court Ordered Court sponsored mediation with a presumptive 90 day deadline.

2. The matter is currently scheduled to be mediated on September 14, 2010 after the 90-day deadline.

3. The parties are filing this stipulation to request that the presumptive deadline be extended to September 28, 2010 to accommodate the scheduled mediation.

Dated: August 11, 2010   By:   //s// Tomas E. Margain
Tomas E. Margain
Dal Bon & Margain, APC
Attorneys for Plaintiffs
JOSE CAMPOS AND CARLOS RAMIREZ

Dated: August 13, 2010   By:   //s// Dennis C. Huie
DENNIS C. HUIE
Rogers Joseph O'Donnell
Attorneys for Defendants
SAGAR FAMILY CORPORATION AND DEV SAGAR

Page

**STIPULATION AND** ~~PROPOSED~~ **ORDER**
**CONTINUING DEADLINE FOR ADR SESSION**

290420.1

# ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED** that the deadline to complete the ADR mediation session is set for September 28, 2010.

Dated: August 20, 2010

_____
Judge **Lucy H. Koh**
United States District Judge