ROGERS JOSEPH O'DONNELL
DENNIS C. HUIE (State Bar No. 184377)
Email: dch@rjo.com
CHRISTINE S. LIYANTO (State Bar No. 263803)
Email: csl@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendants
DEV SAGAR AND SAGAR FAMILY CORPORATION

DAL BON & MARGAIN, APC
JAMES DAL BON (State Bar No. 157942)
TOMAS E. MARGAIN (State Bar No. 193555)
Email: jdblaw@earthlink.net
28 North First Street, Suite 210
San Jose, CA 95113
Telephone: 408.297.4729
Facsimile: 408.297.4728

Attorneys for Plaintiffs
JOSE CAMPOS AND CARLOS RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMPOS AND CARLOS RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>DEV SAGAR dba DENNY'S, SAGAR FAMILY CORPORATION, dba DENNY'S RESTAURANT, AND DOES 1 through 10,<br><br>    Defendants. | Case No. C10-00515 – LHK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Lucy H. Koh<br>Courtroom: 4 |

///

///

Plaintiffs Jose Campos and Carlos Ramirez (hereinafter "Plaintiffs") and Defendants DEV SAGAR (sued erroneously as Dev Sagar dba Denny's) and SAGAR FAMILY CORPORATION (hereinafter "Defendants"), stipulate as follows:

1. The parties seek to continue a subsequent Case Management Conference set for September 15, 2010 at 2:00 p.m. because the parties have scheduled a mediation on September 14, 2010. This is done to allow the parties to either settle the case on the 14th or to draft a joint case management conference statement in anticipation of the CMC if the matter does not settle.

2. The new date requested is October 6, 2010, or three weeks after the scheduled CMC. This date is sought as it would allow the parties to either report the matter as settled or to exchange post mediation discovery responses and be in a position to apprise the Court of the status of the litigation after this exchange.

3. The Complaint in this matter was filed on February 4, 2010, and amended on March 12, 2010.

4. An initial Case Management Conference was held on May 21, 2010 with a subsequent Case Management Conference set for August 20, 2010 which was vacated when there was a reassignment to this Court.

5. On May 19, 2010, the parties stipulated to Court sponsored mediation. On August 2, 2010, counsel for the parties held a second phone session with mediator Nusbaum in which a mediation for September 14, 2010 was scheduled.

///

///

///

**STIPULATION AND PROPOSED ORDER**
**CONTINUING CASE MANAGEMENT CONFERENCE**

290420.1

6. Whereas, the parties through counsel seek to have the Case Management Conference set for September 15, 2010 at 2:00 p.m. be re-scheduled to October 6, 2010 at 2:00 p.m.

Dated: August 11, 2010     By:     //s// Tomas E. Margain
                                   Tomas E. Margain
                                   Dal Bon & Margain, APC
                                   Attorneys for Plaintiffs
                                   JOSE CAMPOS AND CARLOS RAMIREZ

Dated: August 13, 2010     By:     //s// Dennis C. Huie
                                   DENNIS C. HUIE
                                   Rogers Joseph O'Donnell
                                   Attorneys for Defendants
                                   SAGAR FAMILY CORPORATION AND DEV SAGAR


# ORDER

## PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY

**ORDERED** that the Case Management Conference in Courtroom 5 set for September 15, 2010 at 2:00 p.m. is hereby rescheduled for October 6, 2010 at 2:00 p.m.

Dated: August 20, 2010

*Lucy H. Koh*

Judge Lucy H. Koh
United States District Judge