UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CAMPOS AND CARLOS RAMIREZ,<br>　　　　　　Plaintiffs,<br>　v.<br>DEV SAGAR dba DENNY'S, SAGAR FAMILY CORPORATION, dba DENNY'S RESTAURANT, AND DOES 1 through 10,<br>　　　　　　Defendants. | Case No.: 10-CV-00515-LHK<br><br>ORDER REGARDING SCHEDULED CASE MANAGEMENT CONFERENCE |

　　　　This case is currently set for a Case Management Conference on Wednesday, October 6, 2010. According to the Certification of ADR session, ECF No. 26, the parties held a mediation session on September 23, 2010, and fully settled the case. However, the parties have not filed either a stipulation of voluntary dismissal or a Case Management Statement.

　　　　If the case has settled, the parties are directed to file a stipulation of voluntary dismissal before October 6, 2010. If immediate filing of a stipulation is not possible, the parties may instead request a continuance of the CMC and indicate in their request when they shall file a stipulation of dismissal. If the case has not settled, the parties are directed to file a joint case management statement, as required by Civil Local Rule 16-9. Any case management statement or request for a continuance must be filed no later than 2 p.m. on October 5, 2010.

**IT IS SO ORDERED.**

Dated: October 4, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-00515-LHK
ORDER REGARDING SCHEDULED CASE MANAGEMENT CONFERENCE