UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CAMPOS AND CARLOS RAMIREZ,<br>　　　　　Plaintiffs,<br>　v.<br>DEV SAGAR dba DENNY'S, SAGAR FAMILY CORPORATION, dba DENNY'S RESTAURANT, AND DOES 1 through 10,<br>　　　　　Defendants. | Case No.: 10-CV-00515-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On October 5, 2010, Plaintiffs Jose Campos and Carlos Ramirez and Defendants Sagar Family Corporation and Dev Sagar, acting through their attorneys of record, filed a stipulation to voluntarily dismiss this action with prejudice. In accordance with Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the action is hereby dismissed with prejudice. The Clerk shall close the file and terminate any pending deadlines or motions.

**IT IS SO ORDERED.**

Dated: October 5, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00515-LHK
ORDER DISMISSING CASE WITH PREJUDICE